UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILLIP CANINO, et al.,

        Plaintiffs,

**ORDER**

-against-

04 CV 175 (RJD)

UBS PAINEWEBBER, INC. and
UBS WARBURG LLC,

        Defendants.
-----------------------------------------------------------X

DEARIE, District Judge.

  This Court has reviewed the Report & Recommendation of Magistrate Judge Steven M. Gold, dated July 21, 2005. No objections have been filed.

  The recommendation is adopted without qualification. The defendants' motion to dismiss is granted. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
   August __, 2005

                 RAYMOND J. DEARIE
                 United States District Judge